# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS MADRIGAL-DIAZ,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD B. IVES, Warden, *et al.*,<br><br>    Respondents. | Case No. CV 13-0321 DOC (JCG)<br><br><br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Court's Order Dismissing Petition for Writ of Habeas Corpus.

DATED:  February 7, 2013

                                          */s/ David O. Carter*
                                            HON. DAVID O. CARTER
                                            UNITED STATES DISTRICT JUDGE